No. 351, Misc.   TIPSY *v.* WARDEN, SAN QUENTIN STATE PRISON, ET AL.   Sup. Ct. Cal.   Certiorari denied.

No. 352, Misc.   JARRELS *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 353, Misc.   BISHOP *v.* PENNSYLVANIA.   Sup. Ct. Pa.   Certiorari denied.   *Edwin B. Barnett* for petitioner. *Arlen Specter* for respondent.

No. 355, Misc.   FURTAK *v.* NEW YORK.   Ct. App. N. Y. Certiorari denied.

No. 356, Misc.   PECK *v.* MANCUSI, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 357, Misc.   WATROBA *v.* OLIVER, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 358, Misc.   MENDEZ *v.* OLIVER, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 361, Misc.   FURTAK *v.* NEW YORK.   Ct. App. N. Y. Certiorari denied.

No. 362, Misc.   KIPER *v.* KENTUCKY.   Ct. App. Ky. Certiorari denied.

No. 364, Misc.   MOUNT *v.* RUNDLE, CORRECTIONAL SUPERINTENDENT.   Sup. Ct. Pa.   Certiorari denied. *Stephen M. Feldman* for petitioner.   *Arlen Specter* for respondent.

No. 367, Misc.   McFARLAND *v.* WILSON, WARDEN. C. A. 9th Cir.   Certiorari denied.